846

No. 72–6837.  Joseph *v.* Henderson, Warden.  Sup. Ct. La.  Certiorari denied.

No. 72–6838.  Wise *v.* Britton, Warden.  C. A. 10th Cir.  Certiorari denied.

No. 72–6841.  Perez-Alvarez *v.* United States. C. A. 9th Cir.  Certiorari denied.

No. 72–6842.  Johnson *v.* Department of Water and Power of the City of Los Angeles et al.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 72–6843.  Brager *v.* United States.  C. A. 5th Cir.  Certiorari denied.

No. 72–6844.  Jenkins *v.* United States.  C. A. D. C. Cir.  Certiorari denied.

No. 72–6845.  Peterson et al. *v.* United States. C. A. 9th Cir.  Certiorari denied.

No. 72–6848.  Brown *v.* Montanye, Correctional Superintendent.  C. A. 2d Cir.  Certiorari denied.

No. 72–6849.  Light et al. *v.* United States  C. A. 9th Cir.  Certiorari denied.

No. 72–6850.  Little *v.* Twomey, Warden.  C. A. 7th Cir.  Certiorari denied.

No. 72–6852.  Kelly *v.* United States.  C. A. 6th Cir.  Certiorari denied.

No. 72–6853.  White *v.* United States.  C. A. 6th Cir.  Certiorari denied.

No. 72–6854.  Phillips *v.* United States.  C. A. 5th Cir.  Certiorari denied.